FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 14 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Maritza Alvarado, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Unifund CCR, LLC and Distressed Asset Portfolio III, LLC,

    Defendant.

Docket No: 1:19-cv-00585-DLI-SMG

## STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 11, 2019

**LONDON FISCHER LLP**

By: /s Thomas Leghorn
Thomas Leghorn, Esq.
150 East 42nd Street
New York City, New York 10017
Tel: (212) 490-3000
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 116899
*Attorneys for Plaintiff*

SO ORDERED.
DATED: Brooklyn, NY
6/13/2019

/s/Dora L. Irizarry, Chief USDJ
Dora L. Irizarry
Chief U.S. District Judge